IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GREG WRIGHT                                                      PLAINTIFF

NO. 4:11CV-0529 JMM

SHERWOOD URGENT CARE, INC.;
WEATHERFORD ARTIFICIAL LIFT SYSTEMS,
INC.; WEATHERFORD INTERNATIONAL OIL
FIELD SERVICES, LTD; AND JOHN DOE 1                              DEFENDANTS

## PROTECTIVE ORDER PURSUANT TO STIPULATION AND AGREEMENT

On this ___30___ day of April, 2012, the Court reviewed the stipulation and agreement for a Protective Order between the Plaintiff and Defendants, and makes the following Orders:

1.      Confidential Information, as later defined herein, and produced by either party or pursuant to a release for medical or employment records in this action, shall be used only for the purpose of this litigation and for no other purpose whatsoever, and shall not be given, shown, made available, or communicated in any way to anyone except Qualified Persons, as herein defined.

2.      Confidential Information shall be deemed to include, without limitation:

    a)      Those personnel files, staffing information, board minutes and records, handbooks, by-laws, medical reports, medical information, job descriptions, rates of pay, policies, training materials, insurance coverage information, benefits information, financial information, proprietary information, trade secrets, and other matters now requested or hereinafter requested by the parties or relating to the operation and

1

192321

5.   This Order, insofar as it restricts the communication in any way and use of Confidential Information, shall continue to be binding through and after the conclusion of this litigation. At the conclusion of this action, including all appeals:

a)   At the end of three (3) years following the conclusion of this case, counsel may destroy the confidential information or, prior to the expiration of the three (3) year deadline, counsel may take all reasonable steps necessary to reclaim all Confidential Information, including correspondence, memoranda, notes, or any other documents embodying such information, in whole or in part, by requesting the return of all copies of such Confidential Information and paying reasonable expenses for the return of the documents.

b)   Counsel and all Qualified Persons are enjoined from disclosing in any manner any Confidential Information obtained during the course of this proceeding.

6.   Nothing in this Order shall prevent any party from seeking modification of this Order at any time as to specific matters designated "Confidential Information" to remove such from the application of this Order.

7.   Such Confidential Information as may be required to be filed with the Court and with the Clerk of this Court shall be filed under seal.  Only the Court, Court personnel, and counsel for the parties shall have access to the sealed record in this proceeding until further Order of this Court.

IT IS HEREBY SO ORDERED.

HONORABLE JAMES MOODY
DISTRICT COURT JUDGE

3

192321

APPROVED AS TO FORM:

CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
Carolyn B. Witherspoon (AR Bar # 78172)
Gregory J. Northen (#2011181)
500 President Clinton Ave., Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 371-9999
Facsimile: (501) 371-0035

By: _/s/ Gregory J. Northen_____
      Gregory J. Northen

**Attorneys for Separate Defendant,**
**Weatherford Artificial Lift Systems, Inc.**

_____
Luther Oneal Sutter (#95031)
Sutter & Gillham, PLLC
Post Office Box 2012
Benton, AR 72018
Telephone:  501-315-1910
Facsimile:  501-315-1916
Email:  luthersutter@yahoo.com

and

Bryan R. Huffman
Spears Huffman, PLLC
113 South Market Street
Benton, AR   72015
Telephone:  501-315-0092
E-mail:  bhuffman@spearshuffman.com

**ATTORNEYS FOR PLAINTIFF GREG WRIGHT**

_/s/ Byron Freeland_____
Byron Freeland, Ark. Bar No. 72039
Mitchell, Selig, Williams,
Gates, & Woodyard, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone:  501-688-8810
Facsimile:  501-918-7810
bfreeland@mwlaw.com

**ATTORNEYS FOR SEPARATE DEFENDANT**
**SHERWOOD URGENT CARE, INC.**

4

192321

**EXHIBIT 1**
**INVENTORY OF CONFIDENTIAL DOCUMENTS RECEIVED**

I hereby acknowledge receipt of the following documents, document pages, and/or depositions which are subject to the Protective Order for the protection of documents in **GREG WRIGHT V. SHERWOOD URGENT CARE, INC.; WEATHERFORD ARTIFICIAL LIFT SYSTEMS, INC.; WEATHERFORD INTERNATIONAL OIL FIELD SERVICES, LTD; and JOHN DOE 1; CASE NO.: 4:11CV-529 JMM** (list all documents, pages, and depositions received):

DATE: _____

_____

192321