IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GREG WRIGHT**                                                                                                  **PLAINTIFF**

V.                                             4:11CV00529

**SHERWOOD URGENT CARE , INC.**
**WEATHERFORD ARTIFICIAL LIFT SYSTEMS,**
**INC., and JOHN DOE 1**                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order granting Defendant Weatherford's Motion for Summary Judgment, and having declined to exercise jurisdiction over Plaintiff's state law claims, Judgment is hereby entered in favor of the Defendants without prejudice to Plaintiff's right to pursue his state law claims in the proper forum.

IT IS SO ORDERED this 26th day of March, 2013.

_____
James M. Moody
United States District Judge